UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:99-bk-08591-ABB

IN RE:
    ELADIO GARCIA
    ANGELINE GARCIA

      Debtor(s).
_____/

REPORT OF STANDING CHAPTER 13 TRUSTEE

COMES NOW, Laurie K. Weatherford, Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, as shown below, she has made distribution of all monies received. All checks have cleared with the exception of the following:

| Check No. | Amount | Claimant Name & Address |
|---|---|---|
| 0903631 | $ 150.72 | HRS USA / SOUND ADVICE<br>C/O BASS & ASSOCIATES, P.C.<br>3450 E SUNRISE DR  SUITE 150<br>TUCSON, AZ 85718-3210 |

1. That the distribution(s) mailed to the above-listed Claimants at the address(es) listed above have either been returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward" or the Trustee has stopped payment on all outstanding checks.

2. Those checks which were undeliverable by the United States Postal Service are in the Trustee's files.

3. Pursuant to the provisions of 11 U.S.C., Section 347,

these funds are now being turned over to the Court.

    4.    That the Trustee has attached hereto check(s) totaling $    150.72   which is payable to Clerk, U.S. Bankruptcy Court/ Court Registry.

    5.    That those Claimant(s) which are entitled to these funds are listed above at their address as listed in the Court's records.

    6.    A copy of this notice and the original check has been sent to the Financial Administrator, U.S. Bankruptcy Court, 801 North Florida Avenue, Suite 727, Tampa, FL 33602-3899.

    Respectfully submitted on this 06th day of Sep, 2005.

    /S/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
P.O. Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665